UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   12-46385 |
| John P. Nestor | ) | |
| | ) | |
| | ) | Chapter: 11 |
| | ) | Honorable Timothy A. Barnes |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER AWARDING TO FORREST L INGRAM, ATTORNEY FOR DEBTOR, FOR ALLOWANCE AND PAYMENT OF EIGHTH INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES**

TOTAL FEES REQUESTED:  $ 12,693.00   TOTAL COSTS REQUESTED: $ 30.12
TOTAL FEES REDUCED:     $ 1,017.00    TOTAL COSTS REDUCED: $ 0.00
TOTAL FEES ALLOWED:   $ 11,676.00    TOTAL COSTS ALLOWED: $ 30.12

TOTAL FEES AND COSTS ALLOWED: $ 11,706.12

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

(1) Computational or Typographical Error – TOTAL of disallowed amounts: $ 153.00

The court denies the allowance of compensation for the following tasks because the amount of fees appears to be a computational or typographical error. Also, where there are two identical entries (same day, same tasks, same time billed), the court will consider one of the entries to be a typographical error. The marked entry was charged to all cases and only allowed in the John Nestor case as that was the first case. The marked time entries relate to another case or are repeats of similar entries for that same date, time, and task.

(2) Clerical Work Not Compensable – TOTAL of disallowed amounts: $ 381.00

The court disallows the compensation of clerical or stenographic employees of the professional for the performance of routine clerical or administrative activities in the normal course of the professional's business, such as photocopying, secretarial work, or routine filing. Such activities are not in the nature of professional services and must be absorbed by the applicant's firm as an overhead expense. In re Dimas, LLC, 357 B.R. 563, 577 (Bankr. N.D. Cal. 2006) (citing Missouri v. Jenkins, 491 U.S. 274, 288 n. 10 (1989)). See also In re Chellino, 209 B.R. 106, 114 (Bankr. C.D. Ill. 1996) (Paralegal, but not "clerk" services entitled to compensation at an hourly rate; clerk activities are overhead of the professional); Souza v. Miguel, 32 F.3d 1370, 1375 (9th Cir. 1994) (Trustee not entitled to reimbursement or compensation of overhead expenses such as secretarial, stenographic, clerical, and routine messenger services).

(3) Improper Allocation of Professional Resources – TOTAL of disallowed amounts $ 101.00

The Court denies the allowance in part of compensation for the indicated task(s) as a professional

with a lower level of skill and experience or a paraprofessional could have performed the task(s). In re Pettibone, 74 B.R. 293, 303 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) ("Senior partner rates will be paid only for work that warrants the attention of a senior partner. A senior partner who spends time reviewing documents or doing research a beginning associate could do will be paid at a rate of a beginning associate. [Citation omitted]. Similarly, non-legal work performed by a lawyer which could have been performed by less costly non-legal employees should command a lesser rate."); In re Wildman, 72 B.R. 700, 710 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) (same); In re Alberto, 121 B.R. 531, 535 (Bankr. N.D. Ill. 1990) (Squires, J.) (determining use of partner appropriate where attendant complex legal issues warrant highly experienced practitioner). In this case, the documents sought were offered in two previous hearings by the Defendant so could and should have been examined then.

(4) No Benefit to the Estate – TOTAL of disallowed amounts: $ 357.00

The court denies requests for fees relating to services that do not benefit the estate or that are not necessary to the administration of the case. 11 U.S.C. § 330(a)(4)(A). Collection of attorney's fees confers no benefit to the estate, only to the attorney.

(5) Unreasonable Time Travel Time – TOTAL of disallowed amounts: $ 25.00

The Court denies the allowance in part of compensation for travel time, where compensation at the normal hourly rate (not the customary one-half discounted rate) is sought without explanation. In re Planter, No. 08 B 16883, 2009 WL 1393691 (Bankr. N.D. Ill. May 18, 2009) (Barbosa, J.) ("this Court has routinely held that time spent traveling to and from a location typically shall be compensated at one-half of the attorneys' or other professionals' hourly rate."); In re McKeeman, 236 B.R. 667 (B.A.P. 8th Cir.1999); In re Spanjer Bros., Inc., 191 B.R. 738, 755 (Bankr. N.D. Ill. 1996) (Squires, J.). The marked entry has been reduced to account for the one-half discounted rate.

Enter:

Dated: 30 JUL 2014

United States Bankruptcy Judge

**Prepared by:**

| | | Forrest L. Ingram, P.C.<br>*Attorneys and Counsellors*<br>79 W. Monroe, Suite 900<br>Chicago, IL 60603-4907 | Nestor, J Exhibit B | | |
|---|---|---|---|---|---|
| Date | Nature | Item | Atty | Time | Fee |
| 5/7/14 | Admin | Review many files; prepare for meeting tomorrow with client. | FLI | 0.5 | $255.00 |
| 5/8/14 | Admin | Meet with J. Nestor to finalize March operating reports; direct AW to file same with the court. | FLI | 0.2 | $102.00 |
| 5/19/14 | Admin | Prepared agenda for meeting with J. Nestor. | FLI | 0.1 | $51.00 |
| 5/19/14 | Admin | Spoke with J. Nestor re operating reports to be filed by 5/21/14. | FLI | 0.1 | $51.00 |
| 5/19/14 | Admin | Email to client re meeting tomorrow re various issues in chapter 11 case. | FLI | 0.2 | $102.00 |
| 5/20/14 | Admin | Exchange emails with client re meeting on various chapter 11 matters. | FLI | 0.1 | $51.00 |
| 5/21/14 | Admin | Spoke with J. Nestor re operating reports. | FLI | 0.1 | $51.00 |
| 5/26/14 | Admin | Email to client re status hearing set for tomorrow; discuss all issues that will come before the court. | FLI | 0.2 | $102.00 |
| 5/27/14 | Admin | Prepare for court and court appearance re status of the case; | FLI | 0.5 | $255.00 |
| 6/5/14 | Admin | Exchange emails with client re operating report for April. | FLI | 0.1 | $51.00 |
| 6/6/14 | Admin | Obtain signature page from client; direct clerk to scan in and file. | FLI | 0.1 | $51.00 |
| 6/11/14 | Admin | Email to client re work needed going forward. | FLI | 0.2 | $102.00 |
| 6/16/14 | Admin | Spoke with J. Nestor re meeting to review all cases and to pay ColFin. | FLI | 0.1 | $51.00 |
| 6/18/14 | Admin | Complete analysis of chapter 11 cases, indicating court action and work to be done. | FLI | 0.2 | $102.00 |
| 6/21/14 | Admin | Exchange emails with J Nestor re operating reports due and need to respond to trustee's motion to convert or dismiss. | FLI | 0.2 | $102.00 |
| 6/24/14 | Admin | Email to client re court's ruling this morning, as well as other matters, including objecting to trustee's motion and amending the plan. | FLI | 0.2 | $102.00 |
| 6/26/14 | Admin | Review case docket; send email to client re issues that need to be discussed. | FLI | 0.2 | $102.00 |
| 6/30/14 | Admin | Delivered Adequate Protection Check to Colfin (5) Improper Travel Time Charge | Clerk2 | 0.5 | $50.00 |
| | | **Subtotal for Admin:** | | **3.8** | **$1,733.00** |
| 5/7/14 | Adv | Prepare for court and court appearance (long court call) re adversary status and motion of BofA to dismiss the case or at least to dismiss BofA from the case. | FLI | 1.7 | $867.00 |
| 5/7/14 | Adv | Email to client re status hearing on adversary and report on court's ruling and setting of status date. | FLI | 0.1 | $51.00 |
| 5/8/14 | Adv | Discuss with J. Nestor the status of the adversary against the Bank of America with respect to the sale of the Mager property. | FLI | 0.2 | $102.00 |
| 5/20/14 | Adv | Researching law regarding invalidation of Mager Property mortgage lien | Clerk | 2.5 | $250.00 |
| 5/20/14 | Adv | Draft motion to substitute GMAT for BofA in adversary. | FLI | 1.0 | $510.00 |
| 5/20/14 | Adv | Communicate by phone and email with CodyCocanig re attorney representing GMAT. | FLI | 0.1 | $51.00 |
| 5/20/14 | Adv | File and serve motion to substitute defendant. | FLI | 0.2 | $102.00 |
| 5/20/14 | Adv | Send copy of motion to substitute defendant to client.   (2) Clerical | FLI | 0.1 | $51.00 |
| 5/21/14 | Adv | Researching law regarding invalidation of Mager Property mortgage lien | Clerk | 1.5 | $150.00 |
| 5/23/14 | Adv | Drafting totice and response to B of A motion to dismiss | Clerk | 1.0 | $100.00 |
| 5/23/14 | Adv | Filing notice and response to B of A motion to dismiss | Clerk | 0.2 | $20.00 |
| 5/23/14 | Adv | Copy and prepare envelopes for mailing notices and responses to B of A motion to dismiss   (2) Clerical | Clerk | 0.3 | $30.00 |
| 5/23/14 | Adv | Review and revise draft of plaintiff's response to Bank of America's motion to dismiss the complaint. | FLI | 0.3 | $153.00 |

| Date | Category | Description | Staff | Hours | Amount |
|---|---|---|---|---|---|
| 5/23/14 | Adv | Spoke with attorney for GMAT re evidence that GMAT is the holder of the note. | FLI | 0.1 | $51.00 |
| 5/23/14 | Adv | Direct clerk to draft response in opposition to BofA's motion to dismiss adversary; review and revise twice. | FLI | 0.2 | $102.00 |
| 5/27/14 | Adv | Researching law regarding invalidation of Mager Property mortgage lien | Clerk | 0.7 | $70.00 |
| 5/29/14 | Adv | Filed Response to BofA's Motion to Dismiss in correct docket | Clerk2 | 0.6 | $60.00 |
| 5/30/14 | Adv | Reviewed correspondence from BofA and prepared notes for FLI to use on 6/4 | Clerk2 | 0.5 | $50.00 |
| 6/4/14 | Adv | Researched Amended Complaint against GMAT | Clerk2 | 2.0 | $200.00 |
| 6/4/14 | Adv | Court appearance re adversary 14-185 re motion to dismiss BofA and to substitute GMAT as defendant. Debtor's motion granted. | FLI | 0.3 | $153.00 |
| 6/4/14 | Adv | Email to client re motion to substitute defendant and other matters in the bankruptcy court and state court. | FLI | 0.2 | $102.00 |
| 6/5/14 | Adv | Drafted Second Amended Complaint against GMAT | Clerk2 | 2.5 | $250.00 |
| 6/6/14 | Adv | Drafted First Amended Complaint against GMAT | Clerk2 | 1.0 | $100.00 |
| 6/9/14 | Adv | Filed First Amended Complaint against GMAT and prepared mailings | Clerk2 | 1.5 | $150.00 |
| 6/9/14 | Adv | Review revisions to amended complaint; direct clerk as to how to file and serve it on GMAT and its attorneys of record. | FLI | 0.3 | $153.00 |
| 6/10/14 | Adv | Researched Assignment of Mortgage and Original Note Requirement | Clerk2 | 0.5 | $50.00 |
| 6/10/14 | Adv | Drafted Second Amended Complaint against GMAT | Clerk2 | 1.0 | $100.00 |
| 6/10/14 | Adv | Review amended complaint and second draft thereof. Email to clerk. | FLI | 0.2 | $102.00 |
| 6/12/14 | Adv | Drafted Motion for Leave to File Second Amended Complaint | Clerk2 | 2.0 | $200.00 |
| 6/12/14 | Adv | Filed Motion for Leave to File Second Amended Complaint | Clerk2 | 0.6 | $60.00 |
| 6/17/14 | Adv | Spoke with J. Nestor re Mager property. | FLI | 0.2 | $102.00 |
| 6/24/14 | Adv | Obtained Note/Endorsement from GMAT          (3) Improper Allocation | Clerk2 | 0.5 | $50.00 |
| 6/24/14 | Adv | Prepare for court and court appearance re motion to file a second adversary complaint against GMAT. Court granted the motion. | FLI | 0.5 | $255.00 |
| 6/24/14 | Adv | Spoke with opposing counsel; reviewed original note and requested more documentation.                  (3) Improper Allocation | FLI | 0.1 | $51.00 |
| 6/26/14 | Adv | Drafted Second Amended Complaint against GMAT | Clerk2 | 2.0 | $200.00 |
| 6/26/14 | Adv | Conference with clerk re examination of records relating to drafting Debtor's Seocnd Amended Complaint | FLI | 0.1 | $51.00 |
| 6/26/14 | Adv | Review and revise draft of second amended adversary complaint against GMAT. | FLI | 0.2 | $102.00 |
| 6/30/14 | Adv | Drafted Second Amended Complaint against GMAT | Clerk2 | 1.5 | $150.00 |
| | | **Subtotal for Adv:** | | **28.5** | **$5,351.00** |
| 5/8/14 | CM | Meet with J. Nestor re suit by Cook County against John and Tom Nestor with respect to Lemont property occupancy permit. | FLI | 0.2 | $102.00 |
| 5/13/14 | CM | Sent email to and spoke by phone with client re inquiry from Cook County attorney re inspection of Lemont property. | FLI | 0.1 | $51.00 |
| 5/13/14 | CM | Sent email to Paul Frangman re inspection of Lemont school. | FLI | 0.1 | $51.00 |
| 5/14/14 | CM | Spoke with J. Nestor re his conversations with Inspector Alex Woronko in an effort to set a date and time for inspection of the Lemont property. | FLI | 0.1 | $51.00 |
| 5/14/14 | CM | Review email from Paul Frangman. Send email to Frangman re client's efforts to set up inspection date with Alex Woronko. | FLI | 0.1 | $51.00 |
| 5/15/14 | CM | Draft letter to ColFin's attorney; send clerk to deliver check and to obtain a receipt for it. | FLI | 0.1 | $51.00 |
| 5/27/14 | CM | Court appearance re motions for adequate protection, to covnert or dismiss, and to sell Lemont property. | FLI | 0.3 | $153.00 |
| 5/27/14 | CM | Email to Becky Vicario re adequate protection order. | FLI | 0.1 | $51.00 |
| 5/28/14 | CM | Exchange emails with Becky Vicario re draft order continuing adequate protection payments to ColFin. | FLI | 0.1 | $51.00 |

| Date | Category | Description | Atty | Hours | Amount |
|---|---|---|---|---|---|
| 5/28/14 | CM | Notify client re need to make another adequate protection payment to ColFin by May 30. | FLI | 0.1 | $51.00 |
| 5/28/14 | CM | Spoke with client re need to make adequate protection payments ontime. | FLI | 0.1 | $51.00 |
| 6/3/14 | CM | Review check copy and receipt. Email to client with confirmation that it was received by ColFin's counsel on 5/30/14. | FLI | 0.1 | $51.00 |
| 6/3/14 | CM | Review email from Paul Fangman and respond to it. Forward it to J. Nestor. | FLI | 0.1 | $51.00 |
| 6/3/14 | CM | Email to J. Nestor re complying with code re fence permit. | FLI | 0.1 | $51.00 |
| 6/3/14 | CM | Review further response from Cook County re fence violation; forward to J. Nestor; send additional email to client. | FLI | 0.1 | $51.00 |
| 6/3/14 | CM | Spoke with A. Nestor re delivery of documents to Cook County. (1) Typo | FLI | 0.1 | $51.00 |
| 6/3/14 | CM | Emil to P. Frangman re resolving violations by obtaining permits. | FLI | 0.2 | $102.00 |
| 6/4/14 | CM | Court appearance in Cook County v. Nestor re violations of ordinance at Lemont school; give evidence of application for variances; get continuation for 30 days. | FLI | 1.2 | $612.00 |
| 6/16/14 | CM | Email to Becky Vicario re payment of $3,500 adequate protection to Colfin as of 6/15/14. | FLI | 0.1 | $51.00 |
| 6/16/14 | CM | Spoke with Becky Vicario re adequate protection payment to Colfin; she agreed to accept payment tomorrow. | FLI | 0.1 | $51.00 |
| 6/17/14 | CM | Meet with J. Nestor; send clerk to ColFin's attorney with adequate protection check; get receipt of same. | FLI | 0.1 | $51.00 |
| 6/17/14 | CM | Spoke with J. Nestor re completing Cook County case. | FLI | 0.1 | $51.00 |
| 6/27/14 | CM | Spoke with client re payment to ColFin. | FLI | 0.1 | $51.00 |
| 6/30/14 | CM | Spoke with J. Nestor re ColFin check; send clerk to receive it from him. | FLI | 0.1 | $51.00 |
| 6/30/14 | CM | Direct clerk to prepare receipt and deliver check to Becky Vicario. | FLI | 0.1 | $51.00 |
| | | **Subtotal for CM:** | | **4.0** | **$2,040.00** |
| 5/19/14 | DS&P | Spoke with J. Nestor re amending disclosure statement and plan. | FLI | 0.1 | $51.00 |
| 5/27/14 | DS&P | Court appearance re status of disclosure statement and plan. | FLI | 0.1 | $51.00 |
| 6/16/14 | DS&P | Email to J. Nestor re disclosure statement and plan. | FLI | 0.1 | $51.00 |
| 6/17/14 | DS&P | Spoke with J. Nestor re plan of reorganization; discuss various scenarios. | FLI | 0.2 | $102.00 |
| | | **Subtotal for DS&P:** | | **0.5** | **$255.00** |
| 5/3/14 | Fee | Email to client re unpaid attorney fees. (4) No benefit to estate | FLI | 0.1 | $51.00 |
| 5/8/14 | Fee | Spoke with client re payment of attorney fees approved by the court. (4) No benefit | FLI | 0.1 | $51.00 |
| 5/13/14 | Fee | Preparing 7th Fee Application | Clerk | 3.0 | $300.00 |
| 5/14/14 | Fee | Preparing Seventh Interm Fee Application | Clerk2 | 1.5 | $150.00 |
| 5/19/14 | Fee | Preparing and Filing Seventh Fee App, Mailing Notice to Parties (2) Clerical | Clerk2 | 3.0 | $300.00 |
| 5/19/14 | Fee | Direct clerk to draft 7th fee application, proposed order, notice of motion, notice of hearing, and cover sheet. | FLI | 0.2 | $102.00 |
| 5/19/14 | Fee | Consult with clerk re 7th fee application. Oversee filing of 7th fee application. (1) Typo | FLI | 0.2 | $102.00 |
| 5/21/14 | Fee | Filing Amended Cover Letter | Clerk2 | 0.3 | $30.00 |
| 6/10/14 | Fee | Exchange emails with B. Nestor re J B Learning not being responsible for payment of fees for legal service to J. Nestor. (4) No benefit to estate | FLI | 0.1 | $51.00 |
| 6/10/14 | Fee | Email with client re payment of attorney fees. (4) No benefit to estate | FLI | 0.1 | $51.00 |
| 6/17/14 | Fee | Review fee application for presentation in court tomorrow. | FLI | 0.1 | $51.00 |
| 6/17/14 | Fee | Discuss with J. Nestor his plan for paying my attorney fees. (4) No benefit to estate | FLI | 0.1 | $51.00 |
| 6/24/14 | Fee | Review invoice and statement; direct clerks to mail. (4) No benefit to estate | FLI | 0.1 | $51.00 |
| 6/25/14 | Fee | Send reminder of fees due. (4) No benefit to estate | FLI | 0.1 | $51.00 |
| | | **Subtotal for Fee:** | | **9.0** | **$1,392.00** |

| Date | Type | Description | By | Hours | Amount |
|---|---|---|---|---|---|
| 6/12/14 | Resrch | Researched Motion for Leave to File Second Amended Complaint | Clerk2 | 1.0 | $100.00 |
| 6/18/14 | Resrch | Researched Separation of Secured/Unsecured Claims for Commercial Property | Clerk2 | 1.5 | $150.00 |
| 6/24/14 | Resrch | Researched Validity/Extent of Lien | Clerk2 | 2.0 | $200.00 |
| 6/25/14 | Resrch | Researched Allonges/Validity of Claim | Clerk2 | 3.0 | $300.00 |
| | | **Subtotal for Resrch:** | | **7.5** | **$750.00** |
| 5/8/14 | SaleRE | Discuss with J. Nestor obtaining broker for sale of Lemont property. | FLI | 0.1 | $51.00 |
| 5/21/14 | SaleRE | Two conversations with Becky Vicario re sale of Lemont property, engaging different broker, and working out agreement. | FLI | 0.2 | $102.00 |
| 5/21/14 | SaleRE | Spoke with J. Nestor re engaging new broker and settling with ColFin. | FLI | 0.1 | $51.00 |
| 5/27/14 | SaleRE | Court appearance re sale of Mager property. | FLI | 0.1 | $51.00 |
| 6/19/14 | SaleRE | Investigated Ownership of Romeoville, Vacant/School + Recorded Liens | Clerk2 | 0.5 | $50.00 |
| | | **Subtotal for SaleRE:** | | **1.0** | **$305.00** |
| 5/22/14 | Trste | Review email from Bob Wakefield re unpaid trustee fees; send email to client re obligation to pay trustee's fees, form to use in preparing the fees, need to send the check to the trustee immediately. | FLI | 0.3 | $153.00 |
| 5/27/14 | Trste | Spoke with client re payment of trustee's fees. | FLI | 0.1 | $51.00 |
| 6/4/14 | Trste | Court appearance re status, trustee filed motion to convert or dismiss. | FLI | 0.2 | $102.00 |
| 6/17/14 | Trste | Spoke with J. Nestor re responding to trustee's motion to dismiss. | FLI | 0.2 | $102.00 |
| 6/27/14 | Trste | Spoke with client re responding to trustee's motion to convert or dismiss. Set appointment to meet and discuss. | FLI | 0.1 | $51.00 |
| 6/28/14 | Trste | Begin drafting response to trustee's motion to dismiss or convert. Send draft to client. | FLI | 0.2 | $102.00 |
| | | **Subtotal for Trste:** | | **1.1** | **$561.00** |
| 5/5/14 | Tx | Exchange emails with client re tax returns requested by IRS in Detroit. | FLI | 0.2 | $102.00 |
| 5/8/14 | Tx | Spoke with J. Nestor re sening tax returns to IRS in Detroit. | FLI | 0.1 | $51.00 |
| 5/21/14 | Tx | Spoke with J. Nestor re requests from IRS in Detroit re tax returns. | FLI | 0.1 | $51.00 |
| 5/21/14 | Tx | Calls to Linda Merrit and Richard Johnson re tax returns. | FLI | 0.1 | $51.00 |
| 5/21/14 | Tx | Email to accountant re responding to inquiries of the IRS | FLI | 0.1 | $51.00 |
| | | **Subtotal for Tx:** | | **0.6** | **$306.00** |
| | | **Subtotal for Admin:** | | 3.8 | $1,733.00 |
| | | **Subtotal for Adv:** | | 28.5 | $5,351.00 |
| | | **Subtotal for CM:** | | 4.0 | $2,040.00 |
| | | **Subtotal for DS&P:** | | 0.5 | $255.00 |
| | | **Subtotal for Fee:** | | 9.0 | $1,392.00 |
| | | **Subtotal for Resrch:** | | 7.5 | $750.00 |
| | | **Subtotal for SaleRE:** | | 1.0 | $305.00 |
| | | **Subtotal for Trste:** | | 1.1 | $561.00 |
| | | **Subtotal for Tx:** | | 0.6 | $306.00 |
| | | **Total for Nestor, J:** | | 56.0 | $12,693.00 |