UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | ) |
| | ) Case No. 12bk46385 |
| John P. Nestor, | ) |
| | ) Chapter 11 |
| | ) |
| Debtor(s). | ) Honorable Timothy A. Barnes |
| | ) |

**FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER AWARDING TO FORREST L INGRAM, ATTORNEY FOR DEBTOR, FOR ALLOWANCE AND PAYMENT OF NINTH INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES**

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $ 10,203.00 | TOTAL COSTS REQUESTED: | $ 62.88 |
| TOTAL FEES REDUCED: | $ 1,322.00 | TOTAL COSTS REDUCED: | $ 0.00 |
| TOTAL FEES ALLOWED: | $ 8,881.00 | TOTAL COSTS ALLOWED: | $ 62.88 |

**TOTAL FEES AND COSTS ALLOWED: $ 8,943.88**

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

**(1)    No Benefit to the Estate – TOTAL of disallowed amounts: $ 714.00**

The court denies requests for fees relating to services that do not benefit the estate or that are not necessary to the administration of the case. 11 U.S.C. § 330(a)(4)(A). In this case, counsel's efforts in getting payment only benefit counsel, not the estate.

**(2)    Insufficient Description/Vague – TOTAL of disallowed amounts: $ 251.00**

The Court denies the allowance of compensation for the indicated task(s) as the description of each task fails to identify in a reasonable manner the service rendered. *In re Pettibone*, 74 B.R. 293, 301 (Bankr. N.D. Ill. 1987) ("A proper fee application must list each activity, its date, the attorney who performed the work, a description of the nature and substance of the work performed, and the time spent on the work. [Citation omitted] Records which give no explanation of the activities performed are not compensable."); *In re Wildman*, 72 B.R. 700, 708-9 (Bankr. N.D. Ill. 1987) (same).

**(3)    Computational or Typographical Error – TOTAL of disallowed amounts: $ 357.00**

The court denies the allowance of compensation for the following tasks because the amount of fees appears to be a computational or typographical error. Also, where there are two identical entries (same day, same tasks, same time billed), the court will consider one of the entries to be a typographical error.

Dated: _____ , 2014

_____
Timothy A. Barnes
United States Bankruptcy Judge

- 1 OCT 2014

| | | **Forrest L. Ingram, P.C.**<br>*Attorneys and Counsellors*<br>79 W. Monroe, Suite 900<br>Chicago, IL 60603-4907 | **Nestor, J Exhibit B** | | |
|---|---|---|---|---|---|
| <u>Date</u> | <u>Nature</u> | <u>Item</u> | <u>Atty</u> | <u>Time</u> | <u>Fee</u> |
| 7/1/14 | Admin | Spoke with J. Nestor re filing his operating report for May 2014. | FLI | 0.1 | $51.00 |
| 7/1/14 | Admin | Review documents from client; send detailed email to client re information needed for the report and for a response to the trustee's motion to dismiss or convert. | FLI | 0.2 | $102.00 |
| 7/1/14 | Admin | Begin formulating May operating report. Send April report to client for comment. | FLI | 0.1 | $51.00 |
| 7/1/14 | Admin | Met with J. Nestor to review financial information and to prepare May 2014 operating report. | FLI | 0.4 | $204.00 |
| 7/1/14 | Admin | Prepare May operating report for filing. | FLI | 0.2 | $102.00 |
| 7/16/14 | Admin | Spoke with J. Nestor re issues to come up at the status hearing this morning in court; recount communications with trustee and other matters. | FLI | 0.1 | $51.00 |
| 7/16/14 | Admin | Review documents and prepare for court. | FLI | 0.1 | $51.00 |
| 7/16/14 | Admin | Court appearance re status of case. | FLI | 0.1 | $51.00 |
| 7/17/14 | Admin | Email to client re June operating report coming due. | FLI | 0.1 | $51.00 |
| 7/18/14 | Admin | Spoke with J. Nestor re his desire to have his case dismissed if he can make a deal with ColFin about remaining in the premises. | FLI | 0.2 | $102.00 |
| 7/21/14 | Admin | Email to client re meeting re operating report and re payment of trustee's quarterly fees. | FLI | 0.1 | $51.00 |
| 7/21/14 | Admin | Meet with J. Nestor to review finances for June and finalize the operating report; direct clerk to file. | FLI | 0.5 | $255.00 |
| 7/23/14 | Admin | Email to client re appointment. | FLI | 0.1 | $51.00 |
| 8/6/14 | Admin | Prepare for court hearing on 8/20/14 re John Nestor's chapter 11 case. | FLI | 0.5 | $255.00 |
| 8/6/14 | Admin | Email to client re work to be done to prepare for 8/20/14 hearing. | FLI | 0.1 | $51.00 |
| 8/8/14 | Admin | Email to client re status hearing on 8/20/14.and discuss the issues with him by phone. | FLI | 0.2 | $102.00 |
| 8/20/14 | Admin | Prepare for court, organize items for presentation and hearing. | FLI | 0.1 | $51.00 |
| 8/20/14 | Admin | Review and print out notices of all the orders entered today.   (2) Vague | FLI | 0.1 | $51.00 |
| 8/26/14 | Admin | Email to client re needed information for July operating report. | FLI | 0.1 | $51.00 |
| | | **Subtotal for Admin:** | | **3.4** | **$1,734.00** |
| 7/1/14 | Adv | Final Draft of Second Amended Complaint | Clerk2 | 0.5 | $50.00 |
| 7/1/14 | Adv | Review and revise the further draft of Debtor's second amended adversary complaint against GMAT. | FLI | 0.2 | $102.00 |
| 7/1/14 | Adv | Discuss with J. Nestor the 2nd amended complaint against SMAT. | FLI | 0.2 | $102.00 |
| 7/3/14 | Adv | Filed Second Amended Complaint | Clerk2 | 1.0 | $100.00 |
| 7/3/14 | Adv | Final review of Second Amended Complaint. Direct clerk to file. | FLI | 0.2 | $102.00 |
| 7/3/14 | Adv | Email to client, sending him a copy of the second amended complaint against GMAT. | FLI | 0.1 | $51.00 |
| 7/16/14 | Adv | Court appearance re Nestor v. BofA; answer to complaint due 8/6/14; status on 8/20/14 at 10:30 A.M. | FLI | 0.1 | $51.00 |
| 8/20/14 | Adv | Court appearance on adversary against GMAT; obtain order allowing debtor till 9/79/14 to respond to GMAT's motion to dismiss. Matter set for hearing 10/29/14 at 10:30 A.M. | FLI | 0.3 | $153.00 |
| | | **Subtotal for Adv:** | | **2.6** | **$711.00** |
| 7/9/14 | CM | Spoke with Paul Fangman re court today and continuing court to mid September. | FLI | 0.2 | $102.00 |

| Date | | Description | | | |
|---|---|---|---|---|---|
| 7/15/14 | CM | Email to client re bringing in the check for ColFin Funding. | FLI | 0.1 | $51.00 |
| 7/15/14 | CM | Review check to ColFin; draft email to Becky Vicario; direct clerk to copy check and draft receipt. | FLI | 0.1 | $51.00 |
| 7/16/14 | CM | Court appearance re ColFin Bulls' motion to convert or dismiss, motion for adequate protection, and motion to sell Lemont property; all matters were continued to 8/20/14 at 10:30 A.M. (3) Typo - duplicate entry for same hrg. | FLI | 0.1 | $51.00 |
| 7/16/14 | CM | Email to client re order of state court to appear at hearing (1) No benefit to estate | FLI | 0.1 | $51.00 |
| 7/18/14 | CM | Draft settlement agreement between the Debtor and ColFin Bulls Funding. Email it to John and Tom. | FLI | 0.7 | $357.00 |
| 7/21/14 | CM | Spoke with J. Nestor re resolving dispute with ColFin. Obtain his approval for letter draft to Becky Vicario. Discuss other actions. | FLI | 0.3 | $153.00 |
| 7/21/14 | CM | Review and revise proposed settlement agreement with ColFin Bulls Funding B, LLC. | FLI | 0.5 | $255.00 |
| 7/21/14 | CM | Email to B. Vicario with bullet points for settlement between ColFin and the Debtor. | FLI | 0.7 | $357.00 |
| 7/22/14 | CM | Spoke with J. Nestor re settlement with ColFin. | FLI | 0.1 | $51.00 |
| 7/22/14 | CM | Exchange emails with Becky Vicario re ColFin's initial response to Debtor's settlement proposal. | FLI | 0.3 | $153.00 |
| 7/22/14 | CM | Send email to client re directions for complying with Colfin's requests for information to encourage settlement. | FLI | 0.1 | $51.00 |
| 7/22/14 | CM | Spoke with client re response of ColFin to settlement proposal. | FLI | 0.1 | $51.00 |
| 7/23/14 | CM | Exchange emails with client re Board hearings and court dates. (1) No benefit to estate | FLI | 0.1 | $51.00 |
| 7/23/14 | CM | Spoke with J. Nestor re Board meetings that require his presence and possibly mine. (1) No benefit to estate. | FLI | 0.1 | $51.00 |
| 7/24/14 | CM | Review extension of broker's agreement; combine with original agreement and email to Becky Vicario with cover email; copy to client. | FLI | 0.2 | $102.00 |
| 7/24/14 | CM | Spoke with Becky Vicario and Andrew Eres re settlement with ColFin. | FLI | 0.1 | $51.00 |
| 7/24/14 | CM | Spoke with client re concerns expressed by Vicario and Eres with respect to the extended broker's agreement. | FLI | 0.1 | $51.00 |
| 7/28/14 | CM | Email to client re payment to ColFin of adequate protection, as well as unpaid balance of attorney fees owed. (1) No benefit to estate. | FLI | 0.2 | $102.00 |
| 7/29/14 | CM | Review email from Becky Vicario; send to J. Nestor a request for information and documents in response to Becky's request for information. | FLI | 0.2 | $102.00 |
| 7/29/14 | CM | Spoke with J. Nestor re responding to requests from ColFin. | FLI | 0.1 | $51.00 |
| 7/29/14 | CM | Send email to Becky Vicario in partial response to her questions. | FLI | 0.2 | $102.00 |
| 7/29/14 | CM | Review email rom Becky Vicario re settlement with ColFin; copy and save Complaint and related documents; send email to client re need for financial statements from John, Tom Jr., and Anna. | FLI | 0.2 | $102.00 |
| 7/30/14 | CM | Spoke with J. Nestor re providing information requested by ColFin as part of settlement negotiations. | FLI | 0.1 | $51.00 |
| 7/30/14 | CM | Spoke with J. Nestor re providing information needed by Cook County to conclude litigation. | FLI | 0.1 | $51.00 |
| 7/31/14 | CM | Direct clerk to organize report for negotiations with ColFin; review results and email copy to client for review. | FLI | 0.2 | $102.00 |
| 7/31/14 | CM | Receive check from client to ColFin; direct clerk to prepare receipt and to deliver it to ColFin's attorney today. | FLI | 0.1 | $51.00 |
| 7/31/14 | CM | Revise Status report; email to Becky Vicario with commentary. | FLI | 0.1 | $51.00 |
| 8/1/14 | CM | Spoke with client re minor alterations to Status report to Colfin re Lemont property and Cook County ordinances. | FLI | 0.1 | $51.00 |
| 8/1/14 | CM | Meet with J. Nestor re documents requested by ColFin re possible settlement. | FLI | 0.1 | $51.00 |

| Date | Code | Description | | | |
|---|---|---|---|---|---|
| 8/1/14 | CM | Draft letter to Becky Vicario to transmit personal financial statements as part of settlement negotiations with ColFin. | FLI | 0.1 | $51.00 |
| 8/1/14 | CM | Exchange emails with Becky Vicario re documents requested. | FLI | 0.1 | $51.00 |
| 8/1/14 | CM | Send request to client re other documents requested by ColFin, including various tax returns. | FLI | 0.1 | $51.00 |
| 8/4/14 | CM | Review email from Becky; send notice to John, Tom, and Anna re request for federal tax returns for 2012 and 2013. | FLI | 0.1 | $51.00 |
| 8/4/14 | CM | Send information-seeking emails to John and Tom Nestor re requests from ColFin. Exchange correspondence. | FLI | 0.2 | $102.00 |
| 8/6/14 | CM | Spoke with R. Johnson re obtaining financial information requested by ColFin in connection with settlement negotiations. | FLI | 0.2 | $102.00 |
| 8/7/14 | CM | Exchange emails with J. Nestor re further information and documentation requested by ColFin in connection with settlement. | FLI | 0.1 | $51.00 |
| 8/14/14 | CM | Exchange emails with Becky Vicario re documents requested. | FLI | 0.1 | $51.00 |
| 8/17/14 | CM | Review and print tax returns for J. Nestor and Academy for 2012. | FLI | 0.1 | $51.00 |
| 8/18/14 | CM | Email to J. Nestor re providing to ColFin the requested documents. | FLI | 0.2 | $102.00 |
| 8/18/14 | CM | Spoke with J. Nestor re adequate protection payment to ColFin and re other issues set for hearing on 8/20/14. | FLI | 0.2 | $102.00 |
| 8/18/14 | CM | Email to B. Vicario with copy of adequate protection check and request to have her accept it Wednesday. | FLI | 0.1 | $51.00 |
| 8/20/14 | CM | Speak with B. Vicario prior to court re agreement with respect to matters to be heard this morning. | FLI | 0.1 | $51.00 |
| 8/20/14 | CM | Court appearance re status and trustee's motion to convert or dismiss; obtain order continuing both to 10/29/14. | FLI | 0.2 | $102.00 |
| 8/20/14 | CM | Court appearance re ColFin's motion for adequate protection, motion to dismiss or convert; explain status of settlement negotiations; obtain continuance to 10/29/14 at 10:30 A.M.    (3) Typo - duplicate entry for same hrg. | FLI | 0.2 | $102.00 |
| | | **Subtotal for CM:** | | **7.8** | **$3,978.00** |
| 7/1/14 | DS&P | Discuss with J. Nestor his changes in employment, his expected monthly income, and the sources which would fund his plan. | FLI | 0.5 | $255.00 |
| 7/9/14 | DS&P | Begin drafting 2nd modified plan. | FLI | 0.2 | $102.00 |
| 7/9/14 | DS&P | Spoke with J. Nestor re further amending the disclosure statement and plan. | FLI | 0.1 | $51.00 |
| 7/16/14 | DS&P | Court appearance re objection to confirmation of the Debtor's plan; matter continued to 8/20/14.    (3) Typo - duplicate entry for same hrg. | FLI | 0.1 | $51.00 |
| | | **Subtotal for DS&P:** | | **0.9** | **$459.00** |
| 7/1/14 | Fee | Review with client the attorney fees and trustee fees owed, and the ways in which the client would pay those fees over time.    (1) No benefit to estate. | FLI | 0.4 | $204.00 |
| 7/2/14 | Fee | Preparing 8th Interim Fee Application | Clerk2 | 2.0 | $200.00 |
| 7/3/14 | Fee | Preparing 8th Interim Fee Application | Clerk2 | 1.0 | $100.00 |
| 7/3/14 | Fee | Filed 8th Interim Fee Application and Notice | Clerk2 | 2.0 | $200.00 |
| 7/3/14 | Fee | Review and revise draft of 8th fee application; direct clerk to make changes and file. | FLI | 0.2 | $102.00 |
| 7/3/14 | Fee | Email to client draft of 8th fee application for review. | FLI | 0.1 | $51.00 |
| 7/8/14 | Fee | Spoke with J. Nestor re payment of $5,000 toward fees owed. (1) No benefit to estate. | FLI | 0.1 | $51.00 |
| 7/15/14 | Fee | Email to client re bringing in check to pay down attorney fees owed. (1) No benefit to estate. | | 0.1 | $51.00 |
| 7/23/14 | Fee | Send emails to client re sources of payment of attorney fees. (1) No benefit to estate. FLI | | 0.1 | $51.00 |
| 7/25/14 | Fee | Email to client re payment of attorney fees.    (1) No benefit to estate. | FLI | 0.1 | $51.00 |
| 7/29/14 | Fee | Prepare for court hearing tomorrow on 8th fee app. | FLI | 0.1 | $51.00 |
| 7/30/14 | Fee | Court appearance re 8th fee app. Order entered. | FLI | 0.2 | $102.00 |
| | | **Subtotal for Fee:** | | **6.4** | **$1,214.00** |

| Date | Category | Description | Attorney | Hours | Amount |
|---|---|---|---|---|---|
| 7/23/14 | SaleRE | Exchange emails with client re Broker's Agreement and need for extension of the contract. | FLI | 0.1 | $51.00 |
| 8/20/14 | SaleRE | Court appearance re sale of Mager property; continued to 10/29/14 at 10:30 A.M. (3) Typo - duplicate entry for same hrg. | FLI | 0.1 | $51.00 |
| | | **Subtotal for SaleRE:** | | **0.2** | **$102.00** |
| 7/30/14 | Trial | Prepared Summary of Cook County Case  (2) Vague | Clerk2 | 1.0 | $100.00 |
| 7/31/14 | Trial | Prepared Summary of Cook County Case  (2) Vague | Clerk2 | 1.0 | $100.00 |
| | | **Subtotal for Trial:** | | **2.0** | **$200.00** |
| 7/3/14 | Trste | Revise response to trustee's motion to convert or dismiss and exchange emails with client re said response. Speak by phone to J. Nestor re same. | FLI | 0.5 | $255.00 |
| 7/5/14 | Trste | Review and make minor revisions to response; email response to trustee's motion to dismiss or convert to client for final review. | FLI | 0.2 | $102.00 |
| 7/7/14 | Trste | Email to client re filing response to trustee's motion to convert or dismiss and need to receive administrative expense before filing. | FLI | 0.1 | $51.00 |
| 7/9/14 | Trste | Filed Response to Trustee's Motion to Convert/Dismiss | Clerk2 | 0.2 | $20.00 |
| 7/9/14 | Trste | Spoke with client re meeting to review responses to trustee's motion to convert or dismiss and other matters. | FLI | 0.1 | $51.00 |
| 7/9/14 | Trste | Review and revise draft of Debtor's response to trustee's motion to convert or dismiss. | FLI | 0.2 | $102.00 |
| 7/9/14 | Trste | Meet with J. Nestor to review and approve Debtor[s response to trustee's motion to convert or dismiss. | FLI | 0.6 | $306.00 |
| 7/9/14 | Trste | Make final revisions to response; direct clerk to file. | FLI | 0.1 | $51.00 |
| 7/9/14 | Trste | Email to trustee to inform him of the Debtor's response to his motion and to obtain his opinion of the response. | FLI | 0.1 | $51.00 |
| 7/14/14 | Trste | Spoke with Roman Sukley re trustee's motion to convert or dismiss and the Debtor's response. | FLI | 0.1 | $51.00 |
| 7/14/14 | Trste | Spoke with J. Nestor re meeting tomorrow to prepare for hearing on Wednesday. | FLI | 0.1 | $51.00 |
| 7/16/14 | Trste | Court appearance re trustee's motion to convert or dismiss; motion continued to 8/20/14 at 10:30 A.M.    (3) Typo - duplicate entry for same hrg. | FLI | 0.1 | $51.00 |
| 7/29/14 | Trste | Calculate trustee hourly fees for client; send to client with request for check to the trustee. Spoke with client re same. | FLI | 0.1 | $51.00 |
| 7/31/14 | Trste | Calculate trustee hourly fees for client; send to client with request for check to the trustee.    (3) Typo - duplicate entry for same. | FLI | 0.1 | $51.00 |
| 8/1/14 | Trste | Obtain check for 2Q trustee fees from client; draft email to trustee re check; draft letter to Bob Wakefield and mail to trustee with check. | FLI | 0.2 | $102.00 |
| 8/20/14 | Trste | Email to trustee re continuing motion to convert or dismiss. | FLI | 0.1 | $51.00 |
| 8/22/14 | Trste | Exchange emails with R. Sukley re motion to dismiss or convert and other matters. | FLI | 0.1 | $51.00 |
| | | **Subtotal for Trste:** | | **3.0** | **$1,448.00** |
| 8/12/14 | Tx | Reviewed message from IRS re client's tax returns. | FLI | 0.1 | $51.00 |
| 8/13/14 | Tx | Email to client re IRS request for filed tax returns for 2008, 2010, 2010, 2012, and 2013. | FLI | 0.3 | $153.00 |
| 8/13/14 | Tx | Spoke with Linda Merritt at IRS re unfiled returns. Emailed to her copies of the 2008, 2010, and 2011 returns of John and Rachele Nestor. | FLI | 0.2 | $102.00 |
| 8/13/14 | Tx | Email to J. Nestor re communications with IRS and sending copies of 3 returns to Linda Merritt of the IRS. | FLI | 0.1 | $51.00 |
| | | **Subtotal for Tx:** | | **0.7** | **$357.00** |
| | | **Subtotal for Admin:** | | **3.4** | **$1,734.00** |
| | | **Subtotal for Adv:** | | **2.6** | **$711.00** |

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | Subtotal for CM: | 7.8 | $3,978.00 |
|  |  | Subtotal for DS&P: | 0.9 | $459.00 |
|  |  | Subtotal for Fee: | 6.4 | $1,214.00 |
|  |  | Subtotal for SaleRE: | 0.2 | $102.00 |
|  |  | Subtotal for Trial: | 2.0 | $200.00 |
|  |  | Subtotal for Trste: | 3.0 | $1,448.00 |
|  |  | Subtotal for Tx: | 0.7 | $357.00 |
|  |  |  |  |  |
|  |  | Total for Nestor, J: | 27.0 | $10,203.00 |