UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                         )
                                               )  Case No. 12bk46385
John P. Nestor,                                )
                                               )  Chapter 11
            Debtor(s).                         )
                                               )  Honorable Timothy A. Barnes
_____)

**FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER AWARDING TO FORREST L INGRAM, ATTORNEY FOR DEBTOR, FOR ALLOWANCE AND PAYMENT OF TENTH INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES**

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $ 2,950.00 | TOTAL COSTS REQUESTED: | $ 18.34 |
| TOTAL FEES REDUCED: | $ 61.20 | TOTAL COSTS REDUCED: | $ 0.00 |
| TOTAL FEES ALLOWED: | $ 2,888.80 | TOTAL COSTS ALLOWED: | $ 18.34 |

**TOTAL FEES AND COSTS ALLOWED: $ 2,907.14**

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the right of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

(1)   **Lumping – TOTAL of disallowed amounts (10% of affected entries): $ 10.20**

The Court may impose a ten percent penalty on entries that appear to be "lumping." The Court will reduce each entry marked as such per the penalty. *In re Wildman*, 72 B.R. 700, 709 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) ("Applicants may not circumvent the minimum time requirement or any of the requirements of detail by 'lumping' a bunch of activities into a single entry. [citation omitted]. Each type of service should be listed with the corresponding specific time allotment.").

(2)   **Travel Time – TOTAL of disallowed amounts: $ 51.00**

The Court denies the allowance in part of compensation for travel time, where compensation at the normal hourly rate (not the customary one-half discounted rate) is sought without explanation. *In re Planter*, No. 08 B 16883, 2009 WL 1393691 (Bankr. N.D. Ill. May 18, 2009) (Barbosa, J.) ("this Court has routinely held that time spent traveling to and from a location typically shall be compensated at one-half of the attorneys' or other professionals' hourly rate."); *In re McKeeman*, 236 B.R. 667 (B.A.P. 8th Cir.1999); *In re Spanjer Bros., Inc.*, 191 B.R. 738, 755 (Bankr. N.D. Ill. 1996) (Squires, J.).

Dated: 12/02/2014

Timothy A. Barnes
United States Bankruptcy Judge

| | | Forrest L. Ingram, P.C. *Attorneys and Counsellors* 79 W. Monroe, Suite 1007 Chicago, IL 60603-4907 | Nestor, J Exhibit B | | |
|---|---|---|---|---|---|
| Date | Nature | Item | Atty | Time | Fee |
| 9/2/14 | Admin | Exchange emails with client re July operating report. | FLI | 0.1 | $51.00 |
| 9/6/14 | Admin | Email to client re various matters, including the ColFin settlment and the trustee's motion to convert or dismiss. | FLI | 0.2 | $102.00 |
| 9/6/14 | Admin | Email to client re overdue operating report. | FLI | 0.1 | $51.00 |
| 9/17/14 | Admin | Delivered Adequate Protection Check to Becky Vicario (at $50.00/hour) | Clerk2 | 0.3 | $15.00 |
| 10/6/14 | Admin | Delivered Adequate Protection check to Becky Vicario (at $50.00/hour) | Clerk2 | 0.4 | $20.00 |
| 10/21/14 | Admin | Exchanged emails with client re strategy; discuss possibility of dismissing chapter 11 case, settling with creditors. | FLI | 0.1 | $51.00 |
| 10/28/14 | Admin | Email to client re court tomorrow. | FLI | 0.1 | $51.00 |
| 10/28/14 | Admin | Spoke with client re issues before the court at the status hearing tomorrow; discuss facts and strategies. | FLI | 0.2 | $102.00 |
| 10/29/14 | Admin | Meet with client to discuss the various matters before the court on the status hearing at 10:30 A.M. today (10/29/14). | FLI | 0.5 | $255.00 |
| 10/29/14 | Admin | Prepare for court; review the 10 matters to be heard. | FLI | 0.2 | $102.00 |
| | | **Subtotal for Admin:** | | **2.2** | **$800.00** |
| 9/17/14 | Adv | Drafted Response to Motion to Dismiss Adversary Complaint | Clerk2 | 1.0 | $100.00 |
| 9/17/14 | Adv | Filed Response to Motion to Dismiss Adversary Complaint | Clerk2 | 0.2 | $20.00 |
| 9/17/14 | Adv | Review and revise response to GMAT's motion to dismiss adversary. | FLI | 0.2 | $102.00 |
| 9/17/14 | Adv | Email to client re Response to GMAT's motion to dismiss adversary; send client a copy of the Response. | FLI | 0.1 | $51.00 |
| 10/14/14 | Adv | Review GMAT's reply to debtor's response to motion to dismiss. | FLI | 0.1 | $51.00 |
| 10/14/14 | Adv | Communicate with client re GMAT's response. | FLI | 0.1 | $51.00 |
| 10/29/14 | Adv | Court appearance re adversary against BofA and GMAT as well as GMAT's motion to dismiss and to lift the stay. | FLI | 0.2 | $102.00 |
| | | **Subtotal for Adv:** | | **1.9** | **$477.00** |
| 9/2/14 | CM | Receive adequate protection payment from client; deliver to ColFin's attorney, obtain receipt, forward receipt to client. (1) Lumping & (2) Travel Time | FLI | 0.2 | $102.00 |
| 9/16/14 | CM | Spoke with J. Nestor re payment of ColFin adequate protection payment. Meet with him to obtain check to ColFin. | FLI | 0.2 | $102.00 |
| 9/16/14 | CM | Exchange emails with B. Vicario re delivery of adequate protectio payment for ColFin. | FLI | 0.1 | $51.00 |
| 9/17/14 | CM | After communication from P. Fangman, send email to client re court this afternoon. | FLI | 0.1 | $51.00 |
| 10/3/14 | CM | Exchange emails with client re ColFin payments. Send email to Becky Vicario re same. | FLI | 0.1 | $51.00 |
| 10/6/14 | CM | Spoke with Becky Vicario re status of negotiations with ColFin--waiting on new appraisal and environmental study. | FLI | 0.1 | $51.00 |
| 10/6/14 | CM | Exchange several emails with client re status of ColFin negotiations for possible agreement, and non-renewal of broker's agreement. | FLI | 0.2 | $102.00 |
| 10/13/14 | CM | Review motion to lift stay, filed by mortgage company against the Raneys Lane property. | FLI | 0.1 | $51.00 |
| 10/13/14 | CM | Email to client and others re implications of the mortgage company's motion to lift stay and possible opposition to the motion. | FLI | 0.1 | $51.00 |
| 10/16/14 | CM | Email to cliene re check for ColFin. | FLI | 0.1 | $51.00 |
| 10/16/14 | CM | Email to Becky Vicario re progress in settlement. | FLI | 0.1 | $51.00 |

| Date | Category | Description | User | Hours | Amount |
|---|---|---|---|---|---|
| 10/29/14 | CM | Spoke with B. Vicario re status of negotiations with ColFin; agree to continue hearing to 12/17/14. | FLI | 0.2 | $102.00 |
| 10/29/14 | CM | Court appearance re ColFin's motions to convert and for adequate protection. | FLI | 0.2 | $102.00 |
| | | Subtotal for CM: | | 1.8 | $918.00 |
| 10/22/14 | Cred | Review notice and request from Ascension Capital Group; review debtor's schedules; draft email to debtor re: same. | FLI | 0.1 | $51.00 |
| | | Subtotal for Cred: | | 0.1 | $51.00 |
| 10/29/14 | DS&P | Court appearance re GMAT's objection to debtor's plan; have objection removed from docket as moot. | FLI | 0.1 | $51.00 |
| | | Subtotal for DS&P: | | 0.1 | $51.00 |
| 9/8/14 | Fee | Preparing 9th Fee Application | Clerk2 | 2.0 | $200.00 |
| 9/8/14 | Fee | Review and revise 9th fee application, notices, and order. | FLI | 0.1 | $51.00 |
| 9/10/14 | Fee | Preparing and Filing 9th Fee Application | Clerk2 | 2.5 | $250.00 |
| | | Subtotal for Fee: | | 4.6 | $501.00 |
| 9/17/14 | Resrch | Researched Response to Motion to Dismiss | Clerk2 | 0.5 | $50.00 |
| | | Subtotal for Resrch: | | 0.5 | $50.00 |
| 10/29/14 | Trste | Spoke with trustee before hearing re continuing the motion to convert or dismiss until December. | FLI | 0.1 | $51.00 |
| 10/29/14 | Trste | Court appearance re trustee's motion to convert or dismiss. | FLI | 0.1 | $51.00 |
| | | Subtotal for Trste: | | 0.2 | $102.00 |
| | | Subtotal for Admin: | | 2.2 | $800.00 |
| | | Subtotal for Adv: | | 1.9 | $477.00 |
| | | Subtotal for CM: | | 1.8 | $918.00 |
| | | Subtotal for Cred: | | 0.1 | $51.00 |
| | | Subtotal for DS&P: | | 0.1 | $51.00 |
| | | Subtotal for Fee: | | 4.6 | $501.00 |
| | | Subtotal for Resrch: | | 0.5 | $50.00 |
| | | Subtotal for Trste: | | 0.2 | $102.00 |
| | | Total for Nestor, J: | | 11.4 | $2,950.00 |