IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| John P. Nestor, | ) | Judge Timothy A. Barnes |
| | ) | |
| Debtor and Debtor in Possession. | ) | Case No. 12-46385 |
| | ) | |
| | ) | Hearing: **April 14, 2015 at 10:30 a.m.** |

## NOTICE OF MOTION

To:     See attached service list

Please take notice that on **April 14, 2015 at 10:30 a.m.**, I shall appear before the honorable Timothy A. Barnes, or any other Judge sitting in his stead, in Courtroom 613, Dirksen Federal Building, 219 S. Dearborn St., Chicago, IL 60604, and will present the **Twelfth and Final Application for Compensation for Professional Services and Reimbursement for Expenses Incurred on Behalf of John P. Nestor, by Forrest L. Ingram P.C.**, a copy of which is enclosed and served upon you. At the hearing you may appear and be heard.

/s/ Forrest L. Ingram
One of the Debtor's Attorneys

Forrest L. Ingram, #3129032
FORREST L. INGRAM P.C.
79 West Monroe, Suite 1007
Chicago, Illinois 60603
312.759.2838

### Certificate of Service

I, Forrest L. Ingram, an attorney, certify that I caused a true and correct copy of the above Notice and the document to which it refers on all parties entitled to service at the address listed below, by electronic filing through CM/ECF as on the attached service list, at or before 5:00 p.m. on March 20, 2015.

/s/ Forrest L. Ingram

1

## Service List

**VIA CM/ECF**

Patrick S. Layng
Office of the U.S. Trustee, Region 11
219 S. Dearborn St., Room 873
Chicago, IL 60604
USTPRegion11.ES.ECF@usdoj.gov

ColFin Bulls Funding B, LLC
c/o Rebecca Vicario
Stahl Cowen Crowley Addis LLC
55 W. Monroe, Suite 1200
Chicago, IL 60603

Archer Bank
c/o Megan Drefchevski
The Collins Law Firm, P.C.
1770 N. Park Street, Suite 200
Naperville, IL 60563

GMAT Legal Title Trust 2013-1, U.S. Bank
National Association, as Legal Title Trustee as
Serviced by Specialized Loan Servicing, LLC
c/o Cari A. Kaufman
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH 43216-5028

**VIA U.S. MAIL**

John P. Nestor
14460 Raneys Lane
Orland Park, IL 60462

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| John P. Nestor, | ) Judge Timothy A. Barnes |
| | ) |
| Debtor and Debtor in Possession. | ) Case No. 12-46385 |
| | ) |
| | ) Hearing: **April 14, 2015 at 10:30 a.m.** |

**Twelfth and Final Application for Compensation for Professional Services and Reimbursement of Expenses on Behalf of John P. Nestor by Forrest L. Ingram, P.C.**

Forrest L. Ingram, P.C. on behalf of its attorneys, (hereinafter "Applicant"), duly appointed counsel for Debtor and Debtor in Possession John P. Nestor ("Debtor"), makes its twelfth and final application for compensation ("Application") under § 331 of the United States Bankruptcy Code, Federal Rule of Bankruptcy 2016, and Local Rule 5082-1. This Court has jurisdiction over the subject matter of this Application under 28 U.S.C. § 1334. This is a core proceeding under 28 U.S.C. § 157(b)(2)(A).

The Applicant requests that the Court enter an order allowing compensation for legal services rendered totaling $7,030.00 and reimbursement expenses totaling $25.92 from February 1, 2015 through March 31, 2015. In support of this Application, Applicant states as follows:

1. On November 14, 2012, the Debtor entered into an Engagement Agreement with Applicant for a Chapter 11 case.

2. On November 26, 2012, Applicant filed Chapter 11 bankruptcy on the Debtor's behalf, Case No. 12-46385.

3. On December 18, 2012, the Court entered an order in this case allowing employment of Applicant as the Debtor's attorneys, retroactive to November 26, 2012. A copy of the order is attached as **Exhibit A.**

4. Applicant has performed numerous legal services for the Debtor in this case. The times and chronology of the Applicant's services rendered in the above-entitled proceedings for the period from February 1, 2015 through March 31, 2015, are scheduled in detail to the tenth of an hour and arranged *by natures* in attached **Exhibit B**. A copy of Exhibit B has been sent to the Debtor with a request for review

1

of the details, and for objection, if any. The Debtor has not objected to any items listed, to any of the services rendered, nor to any of the fees requested.

5. Applicant's billing detail, arranged *by attorneys*, is attached as **Exhibit C**.

6. A brief description of the credentials of each employee of Forrest L. Ingram, P.C. for whom compensation is sought is attached as **Exhibit D**.

7. All services for which compensation is requested were in connection with these bankruptcy proceedings. All services performed after the commencement of the above-entitled proceedings were in connection with the performance of duties of the Debtor and Debtor in Possession as prescribed by the Bankruptcy Code or pursuant to orders of this Court.

8. Applicant requests the allowance of payment of compensation for legal services during the period from February 1, 2015 through March 31, 2015, in the sum of $7,030.00 and reimbursement of expenses in the sum of $25.92 for a total of $7,055.92.

9. The services rendered by Applicant were directly related and necessary for the administration of the Chapter 11 case, filing various pleadings on behalf of the Debtor, appearing in Court on various matters, researching and filing motions on behalf of Debtor, and corresponding with the Debtor and other necessary parties on behalf of the Debtor in the chapter 11 case.

**Summary of Hourly Services Organized by Nature**

10. The attorneys and clerks of Forrest L. Ingram, P.C. provided a total of 17.0 hours of services during the current period. The hours, broken down by natures are summarized in **Exhibit B**. They are as follows:

   a. *Administrative Matters (Admin)*: Approximately 2.7 hours of time and services were rendered in connection with matters that were administrative in nature including, but not limited to, general correspondence with client, drafting and filing operating reports, and sorting through documents to determine future actions. For these services, Applicant seeks $2,377.00

   b. *Contested Matters (CM)*: Approximately 6.8 hours of time and services were rendered in connection with contested matters including, but not limited to, corresponding with the

2

client regarding contested issues, communicating with attorneys for opposing parties, and negotiating adequate protection payments and settlement agreements. For these services, Applicant seeks $3,468.00.

c. *Fee Matters (Fee)*: Approximately 5.6 hours of time and services were rendered in connection with fee matters including, but not limited to, drafting, filing and appearing in court for a fee application. For these services, Applicant seeks $1,216.00.

d. *Trustee Matters (Trste)*: Approximately 1.9 hours of time and services were rendered in connection with trustee matters including, but not limited to, corresponding with the trustee about the trustee's motion to dismiss and appearing in court on the trustee's motion to convert of dismiss. For such services, Applicant seeks $969.00

**Summary of Hourly Services Organized by Employees**

11. The attorneys of Forrest L. Ingram, P.C. provided a total of 17.0 hours of service, broken down by attorney, as indicated on **Exhibit C**. They are as follows:

   a. **Attorney Forrest L. Ingram** (FLI) provided approximately 13.0 hours of service at $510.00 per hour, including all phases of the Chapter 11 case.

   b. **Clerk Angela Biesiada** (Clerk2) provided approximately 3.5 hours of services at $100.00 per hour including all phases of the Chapter 11 case.

   c. **Clerk Katherine Fagan** (Clerk) provided approximately 0.5 hours of services at $100 per hour relating to the final fee application.

12. The Applicant has incurred $25.92 in expenses. *See* **Exhibit E**

13. Applicant's customary fee includes actual compensation for time and services, fixed overhead, salaries, and unallocable costs.

14. This Application and a Notice of Hearing on the Twelfth Application has been sent to the Debtor, the U.S. Trustee, and to parties entitled to notice. A Notice of Hearing has been sent to all other creditors and a Certificate of Service has been filed with the Court. *See* **Exhibit F.**

3

15. Objections to this Application may be made in writing, filed with the Clerk of this Court and sent to Forrest L. Ingram, P.C., 79 W. Monroe St., Suite 1007, Chicago, Illinois 60603, Fax No. 312.759.0298 on or before April 7, 2015.

**WHEREFORE,** Applicant requests that the Court conduct an appropriate hearing on this Application and allow the reasonable fee to Applicant in the sum of $7,030.00 for legal services and $25.92 in reimbursement expenses for the period from February 1, 2015 through March 31, 2015, for a total of $7,055.92  Applicant asks for such other and further relief as the Court deems just and appropriate.

Dated: March 20, 2015

Respectfully submitted,
FORREST L. INGRAM, P.C.

/s/ Forrest L. Ingram
Attorney for Debtor

Forrest L. Ingram, #3129032
FORREST L. INGRAM, P.C.
79 W. Monroe, Suite 1007
Chicago, IL 60603
(312) 759-2838

4