UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                           )
                                                 )      Case No. 12bk46385
    John P. Nestor,                              )
                                                 )      Chapter 11
        Debtor(s).                               )
                                                 )      Honorable Timothy A. Barnes
_____)

**FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER AWARDING TO FORREST L INGRAM, ATTORNEY FOR DEBTOR, FOR ALLOWANCE AND PAYMENT OF TWELFTH AND FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES**

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $ 7,030.00 | TOTAL COSTS REQUESTED: | $ 25.92 |
| TOTAL FEES REDUCED:   | $ 168.30   | TOTAL COSTS REDUCED:   | $ 0.00  |
| TOTAL FEES ALLOWED:   | $ 6,861.70 | TOTAL COSTS ALLOWED:   | $ 25.92 |

**TOTAL FEES AND COSTS ALLOWED: $ 6,887.62**

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the right of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

**(1)   Lumping – TOTAL of disallowed amounts (10% of affected entries): $ 15.30**

The Court may impose a ten percent penalty on entries that appear to be "lumping." The Court will reduce each entry marked as such per the penalty. *In re Wildman*, 72 B.R. 700, 709 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) ("Applicants may not circumvent the minimum time requirement or any of the requirements of detail by "lumping" a bunch of activities into a single entry. [citation omitted]. Each type of service should be listed with the corresponding specific time allotment.").

**(2)   No Benefit to the Estate – TOTAL of disallowed amounts: $ 153.00**

The court denies requests for fees relating to services that do not benefit the estate or that are not necessary to the administration of the case. 11 U.S.C. § 330(a)(4)(A). In this case, counsel's efforts in getting payment only benefit counsel, not the estate.

Dated: April 14, 2015

_____
Timothy A. Barnes
United States Bankruptcy Judge

| | | Forrest L. Ingram, P.C.<br>*Attorneys and Counsellors*<br>79 W. Monroe, Suite 900<br>Chicago, IL 60603-4907 | Nestor, J | | |
|---|---|---|---|---|---|
| Date | Nature | Item | Atty | Time | Fee |
| 2/2/15 | Admin | Email to client re meeting on Thursday. | FLI | 0.1 | $51.00 |
| 2/4/15 | Admin | Convey to client the actions taken by the court and the scheduling of the continued status hearings and motions. | FLI | 0.1 | $51.00 |
| 2/5/15 | Admin | Exchange emails with client re meeting to discuss various aspects of the case. | FLI | 0.1 | $51.00 |
| 2/6/15 | Admin | Exchange emails with client re meeting to discuss various issues. | FLI | 0.1 | $51.00 |
| 2/17/15 | Admin | Email to clients re impact of measles epidemic and decreased state funding on child day care centers. | FLI | 0.1 | $51.00 |
| | | **Subtotal for Admin:** | | 0.5 | $255.00 |
| 2/2/15 | CM | Exchange emails with client re Town Pointe motion up tomorrow. | FLI | 0.1 | $51.00 |
| 2/2/15 | CM | Email to Becky Vicario, followed up with phone conversation, re revising the Settlement Agreement to delete Paloian. | FLI | 0.1 | $51.00 |
| 2/2/15 | CM | Email to client and family re need to sign revised agreement. | FLI | 0.1 | $51.00 |
| 2/2/15 | CM | Review revised agreement from Becky; email to client and family with urgent request for signatures. | FLI | 0.2 | $102.00 |
| 2/2/15 | CM | Email to Vicario re status of signatures on agreement. | FLI | 0.1 | $51.00 |
| 2/2/15 | CM | Exchange emails with client re negotiating with Town Pointe. | FLI | 0.2 | $102.00 |
| 2/2/15 | CM | Review motion to lift stay filed by GMAT; send email re same to client. | FLI | 0.1 | $51.00 |
| 2/2/15 | CM | Spoke with Becky Vicario; agree to request 3 week continuance to complete settlement agreement signing. Inform clients. | FLI | 0.2 | $102.00 |
| 2/3/15 | CM | Prepare for court and court appearance re Town Pointe's motion to lift stay. | FLI | 0.8 | $408.00 |
| 2/3/15 | CM | Email to client re court order granting Town Pointe's motion, with a discussion of further issues wwith respect to the Mager property, including the motion of GMAT to lfit the stay. | FLI | 0.2 | $102.00 |
| 2/4/15 | CM | Exchange emails with Andrew Eres re court this morning. | FLI | 0.1 | $51.00 |
| 2/4/15 | CM | Send email to client and family re need to sign the revised agreement with ColFin. | FLI | 0.1 | $51.00 |
| 2/4/15 | CM | Prepare for court and court appearance re various matters, especially the motions of ColFin and ColFin's settlement negotiations with the Debtor. | FLI | 1.0 | $510.00 |
| 2/9/15 | CM | Exchange emails with ColFin attorneys; send blind copy to clients. | FLI | 0.2 | $102.00 |
| 2/10/15 | CM | Review signature page from clients; edit; send email to clients re need to edit form. | FLI | 0.3 | $153.00 |
| 2/10/15 | CM | Exchange emails with client re agreeing to the terms of the revised settlement agreement with ColFin. | FLI | 0.1 | $51.00 |
| 2/10/15 | CM | Email to ColFin's attorneys with copy of signed signature pages for the revised Settlement Agreement. | FLI | 0.1 | $51.00 |
| 2/18/15 | CM | Draft receipt; deliver check to Becky Vicario; copy signed retreat and send it, with email, to Becky and to client. | FLI | 0.3 | $153.00 |
| 2/18/15 | CM | Exchange emails with clients to explain the meaning and purpose of the documents to be signed. | FLI | 0.2 | $102.00 |
| 2/18/15 | CM | Exchange emails with John re meaning of documents to be agreed. | FLI | 0.1 | $51.00 |
| 2/18/15 | CM | Exchange email with A. Nestor re approval of ColFin agreed order. | FLI | 0.1 | $51.00 |
| 2/19/15 | CM | Review consent of clients; sign court documents and email them to Becky Vicario, copies to client. | FLI | 0.2 | $102.00 |
| 2/20/15 | CM | Exchange emails with client re trutee's motion to dismiss and all the other matters that need to be discussed before next Wednesday. | FLI | 0.2 | $102.00 |
| 2/24/15 | CM | Email to client re motion to dismiss scheduled for tomorrow, along with the status on all other issues in his case. | FLI | 0.1 | $51.00 |
| 2/24/15 | CM | Spoke with Becky Vicario re obtaining ColFin's signature on the settlement agreement. | FLI | 0.1 | $51.00 |
| 2/25/15 | CM | Exchange emails with Becky Vicario re continuing hearing on motion to dismiss chapter 11 case. Send email to client re same. | FLI | 0.1 | $51.00 |
| 2/25/15 | CM | Court appearance re motion to lift stay with respect to Mager property; order entered but stayed for 14 days. | FLI | 0.2 | $102.00 |
| 2/25/15 | CM | Send detailed email to client, explaining to him all that happened in court this morning. | FLI | 0.2 | $102.00 |

(1) Lumping

| Date | | Description | | Hours | Amount | |
|---|---|---|---|---|---|---|
| | | Subtotal for CM: | | 5.8 | $2,958.00 | |
| 2/3/15 | Fee | Prepared and Filed 11th Interim Fee Application | | 3.5 | $350.00 | |
| 2/3/15 | Fee | Direct clerk to draft and file 11th fee application; review and approve. | FLI | 0.2 | $102.00 | |
| 2/3/15 | Fee | Email to client re unpaid attorney fees and new fee app. | FLI | 0.2 | $102.00 | (2) No benefit |
| 2/9/15 | Fee | Email to client re payment of long overdue attorney fees. | FLI | 0.1 | $51.00 | (2) No benefit |
| 2/25/15 | Fee | Court appearance re 11th application for fees; order entered. | FLI | 0.2 | $102.00 | |
| | | Subtotal for Fee: | | 4.2 | $707.00 | |
| 2/3/15 | Trste | Exchange emails with trustee re need to pay trustee's fees before the case can be dismissed. | FLI | 0.1 | $51.00 | |
| 2/4/15 | Trste | Spoke with trustee Roman Sukley; he said he would not oppose the continuing of his motion to convert or dismiss to 2/25/15. | FLI | 0.1 | $51.00 | |
| 2/24/15 | Trste | Exchange emails with client and trustee re payment of trustee fees before the case can be dismissed. | FLI | 0.1 | $51.00 | |
| 2/24/15 | Trste | Review further email from trustee re trustee fees owed if the case is dismissed tomorrow; review files and operating reports, calculate amounts owe by debtor, and send email to debtor re same. | FLI | 0.3 | $153.00 | |
| 2/24/15 | Trste | Email to trustee re amounts owed to trustee by debtor. | FLI | 0.1 | $51.00 | |
| 2/25/15 | Trste | Exchange emails with Bob Wakefield and Roman Sukley re amount of trustee fees owing by client as of today. | FLI | 0.1 | $51.00 | |
| 2/25/15 | Trste | Prepare for court and court appearance re trustee's motion to convert or dismiss; spoke with Roman Sukley and Becky Vicario; motion continued to 3/18/15 at 10:30 A.M. | FLI | 1.0 | $510.00 | |
| | | Subtotal for Trste: | | 1.8 | $918.00 | |
| | | Total for Nestor, J: | | 12.3 | $4,838.00 | |

| | | Forrest L. Ingram, P.C.<br>Attorneys and Counsellors<br>79 W. Monroe, Suite 900<br>Chicago, IL 60603-4907 | Nestor, J | | |
|---|---|---|---|---|---|
| Date | Nature | Item | Atty | Time | Fee |
| 3/18/15 | Admin | Prepare for court and court appearance re trustee's motion to convert or dismsis, as well as all other pending matters. | FLI | 2.0 | $1,020.00 |
| 3/18/15 | Admin | Inform client of court's order dismissing the case and of the need to pay trustee fees for the 1Q 2015. | FLI | 0.1 | $51.00 |
| 3/19/15 | Admin | Exchange emails with client re meaning of the court's ruling yesterday. | FLI | 0.1 | $51.00 |
| | | Subtotal for Admin: | | 2.2 | $1,122.00 |
| 3/9/15 | CM | Exchange emails with Becky Vicario and J. Nestor re signed settlement agreement and unpaid fine adequate protection payment. | FLI | 0.2 | $102.00 |
| 3/9/15 | CM | Further review of settlement agreement; email re same to Vicario. | FLI | 0.1 | $51.00 |
| 3/10/15 | CM | Email to Becky re status of adequate protection payment. Copy to client. | FLI | 0.1 | $51.00 |
| 3/12/15 | CM | Email to client re adequate protection payment. | FLI | 0.1 | $51.00 |
| 3/16/15 | CM | Exchange emails with client re ColFin check; follow up email to Brendan to deliver the check today. | FLI | 0.2 | $102.00 |
| 3/17/15 | CM | Meet with Brendan; draft receipt of ColFin check; direct Brendan to deliver check to Becky Vicario and to obtain receipt. | FLI | 0.1 | $51.00 |
| 3/17/15 | CM | Email to Becky Vicaro re receipt of ColFin check and agreement to dismiss J. Nestor's chapter 11 case tomorrow. | FLI | 0.1 | $51.00 |
| 3/18/15 | CM | Exchange emails with Becky Vicaro re adequate protection payemtns made. | FLI | 0.1 | $51.00 |
| | | Subtotal for CM: | | 1.0 | $510.00 |
| 3/10/15 | Fee | Prepare fee application for filing; mail notice to creditors. | Clerk | 0.5 | $50.00 |
| 3/19/15 | Fee | Draft 12th and final fee application, notice of motion, notice of hearing, and proposed order, and cover sheet. | FLI | 0.9 | $459.00 |
| | | Subtotal for Fee: | | 1.4 | $509.00 |
| 3/18/15 | Trste | Email to client re payment of trustee fees. | FLI | 0.1 | $51.00 |
| | | Subtotal for Trste: | | 0.1 | $51.00 |
| | | Total for Nestor, J: | | 4.7 | $2,192.00 |